# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERLINDO RODRIGUEZ, JR., | Case No. 1:21-cv-00410-BAM (PC) |
| Plaintiff, | ORDER DENYING MOTION FOR RELIEF FROM FILING FEE |
| v. | |
| MENDOZA, *et al.*, | (ECF No. 8) |
| Defendants. | |

Plaintiff Erlindo Rodriguez, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is a letter from Plaintiff requesting that the Clerk of the Court hold on payments for this month so he can pay other debts, filed March 29, 2021. (ECF No. 8.) The Court construes the letter as a motion for relief from the filing fee in this action.

On March 18, 2021, the Court granted Plaintiff's motion to proceed *in forma pauperis* in this action. (ECF No. 6.) In that order, it was explained to Plaintiff that he was obligated to pay the statutory filing fee of $350.00 for this action, in monthly payments of twenty percent of the preceding month's income credited to his trust account. (Id. at 2.) The Director of the California Department of Corrections or his designee was ordered to send to the Clerk of the Court payments from Plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. (Id. (citing 28 U.S. § 1915(b)(2))). The entire $350.00 filing

1

fee is statutorily required, and must be collected from Plaintiff's institutional account regardless of the outcome of this action.  See, e.g., Myers v. Pulido, No. 1:16-cv-00638-SAB-PC, 2016 WL 6723937, at *1 (E.D. Cal. Nov. 14, 2016).

Plaintiff is also reminded that when he completed his application to proceed *in forma pauperis*, he signed the application which states that "once eligibility is established, I further authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2)." (ECF No. 2, p. 2.)  Plaintiff's eligibility to proceed *in forma pauperis* has been established and Plaintiff has authorized the withdrawal of funds from his trust account for the purpose of payment of the filing fee.  Therefore, Plaintiff has failed to demonstrate that any relief from the filing fee is warranted.

Accordingly, Plaintiff's motion for relief from filing fee, (ECF No. 8), is HEREBY DENIED.

IT IS SO ORDERED.

| | |
|---|---|
| Dated:   **March 30, 2021** | /s/ *Barbara A. McAuliffe* _ |
| | UNITED STATES MAGISTRATE JUDGE |