UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERLINDO RODRIGUEZ, JR., <br><br> Plaintiff, <br><br> v. <br><br> MENDOZA, *et al.*, <br><br> Defendants. | No. 1:21-cv-00410-NONE-BAM (PC) <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS <br><br> (Doc. No. 14) |

Plaintiff Erlindo Rodriguez, Jr. is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 12, 2021, the assigned magistrate judge screened plaintiff's complaint and granted plaintiff leave to file an amended complaint or notify the court of his willingness to proceed on the cognizable claims identified by the court. (Doc. No. 10.) On August 23, 2021, plaintiff notified the court of his willingness to proceed on the cognizable claims identified by the court. (Doc. No. 12.)

Pursuant to plaintiff's notification, the magistrate judge issued findings and recommendations that this action proceed on plaintiff's complaint against defendant Mendoza for failure to protect and excessive force in violation of the Eighth Amendment and against defendant Cambell for excessive force in violation of the Eighth Amendment. (Doc. No. 14.) The magistrate judge further recommended that all other claims and defendants be dismissed based on

1

plaintiff's failure to state claims upon which relief may be granted. (*Id.*) The findings and recommendations were served on plaintiff and contained notice that any objections were to be filed within fourteen (14) days after service. (*Id.* at 9.) No objections have been filed, and the deadline to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on August 26, 2021, (Doc. No. 14), are adopted in full;
2. This action shall proceed on plaintiff's complaint, filed March 15, 2021, (Doc. No. 1), against defendant Mendoza for failure to protect and excessive force in violation of the Eighth Amendment and against defendant Cambell for excessive force in violation of the Eighth Amendment;
3. All other claims and defendants are dismissed from this action for failure to state a cognizable claim for relief; and
4. This action is referred back to the magistrate judge for proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   **October 5, 2021**                                   ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
                                                              UNITED STATES DISTRICT JUDGE

2