# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERLINDO RODRIGUEZ, JR., | Case No. 1:21-cv-00410-JLT-BAM (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION |
| v. | |
| MENDOZA, *et al.*, | (ECF No. 26) |
| Defendants. | |

Plaintiff Erlindo Rodriguez, Jr. ("Plaintiff") is state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. This action proceeds against Defendant Mendoza for failure to protect in violation of the Eighth Amendment and against Defendant Campbell[1] for excessive force in violation of the Eighth Amendment.

This case is currently stayed and scheduled for a video settlement conference on March 8, 2022 at 1:30 p.m. before Magistrate Judge Stanley A. Boone. (EF No. 23.)

On January 10, 2022, Plaintiff filed a document titled "Motion for Reconsideration." (ECF No. 26.) In that filing, Plaintiff states that he is notifying the Court that the defendants in this case retaliated against Plaintiff by destroying the grievance procedure at the third level by withholding Plaintiff's grievance with malicious intent to destroy Plaintiff's access to this court

---

[1] Erroneously sued as "Cambell."

1

action.  Plaintiff has attached copies of what appear to be grievances and appeal decisions related to the claims in this action.  Plaintiff also states, "Please add to the docket and exhibits."  (*Id.* at 2.)

Defendants have not had the opportunity to file a response, but the Court finds a response unnecessary.  The motion is deemed submitted.  Local Rule 230(l).

Although characterized as a motion for reconsideration, it appears that Plaintiff is actually attempting to file exhibits or other evidence with the Court.  Plaintiff requests no other relief in this "motion."  Plaintiff has not explained the purpose of the submitted evidence, as it is not otherwise attached to any specific request for action from the Court.

Plaintiff is informed that the Court cannot serve as a storage for the parties' evidence.  Parties may not file evidence with the Court until the course of litigation brings the evidence into question.  At this time, this case is stayed so the parties may participate in settlement discussions.  There are no pending matters that would require Plaintiff to submit evidence to be entered on the Court's docket.  Plaintiff should not submit evidence unless it is connected to a motion that is making a specific request for relief that needs evidentiary support, such as a motion for summary judgment.

Based on the foregoing, Plaintiff's motion for reconsideration, (ECF No. 23), is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   **January 11, 2022**              /s/ *Barbara A. McAuliffe*          
                                                              UNITED STATES MAGISTRATE JUDGE

2