# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERLINDO RODRIGUEZ, JR., | Case No. 1:21-cv-00410-JLT-BAM (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO OPT OUT OF SETTLEMENT CONFERENCE |
| v. | |
| MENDOZA, *et al.*, | (ECF No. 28) |
| Defendants. | **Opt-Out Deadline: February 17, 2022** |

Plaintiff Erlindo Rodriguez, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds against Defendant Mendoza for failure to protect in violation of the Eighth Amendment and against Defendant Campbell[1] for excessive force in violation of the Eighth Amendment.  This case is currently set for a video settlement conference before Magistrate Judge Boone on March 8, 2022 at 1:30 p.m.  (ECF No. 23.)

Currently before the Court is Defendants' motion for a three-week extension of time to file a notice to opt-out of the March 8, 2022 settlement conference, filed January 18, 2022.  (ECF No. 28.)  Counsel for Defendants declares that additional time is needed to receive requested medical and central file records from CDCR to investigate and evaluate Plaintiff's claims.  A

---

[1] Erroneously sued as "Cambell."

1

three-week extension of time would allow counsel to complete the substantial task of reviewing the relevant records, speak with Plaintiff, Defendants, and other witnesses, and determine whether a settlement conference at this time would be worthwhile.  (*Id.*)

Good cause appearing, Defendants' motion for extension of time, (ECF No. 28), is HEREBY GRANTED.  Defendants' notice to opt-out of the March 8, 2022 settlement conference, if any, is due on or before **February 17, 2022**.

IT IS SO ORDERED.

Dated:   **January 19, 2022**              /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE