# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERLINDO RODRIGUEZ, JR., | Case No. 1:21-cv-00410-JLT-BAM (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR REJECTION OF CONTRACT AS MOOT |
| v. | |
| MENDOZA, *et al.*, | (ECF No. 31) |
| Defendants. | |

Plaintiff Erlindo Rodriguez, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendant Mendoza for failure to protect in violation of the Eighth Amendment and against Defendant Campbell[1] for excessive force in violation of the Eighth Amendment. This case is currently set for a video settlement conference before Magistrate Judge Boone on March 8, 2022, at 1:30 p.m. (ECF No. 23.)

On January 18, 2022, Defendants filed a motion for a three-week extension of time to determine whether to file a notice to opt out of the March 8, 2022 settlement conference. (ECF No. 28.) The Court granted the motion, and Defendants' notice to opt out of the settlement conference, if any, is due on or before February 17, 2022. (ECF No. 29.)

---

[1] Erroneously sued as "Cambell."

1

Currently before the Court is Plaintiff's filing in response to Defendants' request for extension of time, which was docketed as a "Motion for Rejection of Contract" on January 26, 2022. (ECF No. 31.) In handwritten notes on a copy of Defendants' request for extension of time, Plaintiff has written, "Rejection of Contract I do not accept this offer to contract and I do not consent to these proceedings." (*Id.*) Defendants have not yet had an opportunity to respond to Plaintiff's filing, but the Court finds a response unnecessary. Plaintiff's motion is deemed submitted. Local Rule 230(l).

Although not entirely clear, it appears that Plaintiff believes that Defendants have filed a settlement offer, or a contract, with the Court, and that Plaintiff is rejecting that settlement offer. However, Defendants have not made any offer to enter into a contract or a settlement agreement, and therefore there is no contract for Plaintiff to reject. Accordingly, Plaintiff's motion is unnecessary and is denied as moot.

Accordingly, Plaintiff's motion for rejection of contract, (ECF No. 31), is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated: **January 28, 2022**      /s/ *Barbara A. McAuliffe*      
                                 UNITED STATES MAGISTRATE JUDGE

2