# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERLINDO RODRIGUEZ, JR., | Case No.: 1:21-cv-00410-JLT-BAM (PC) |
| Plaintiff, | |
| v. | ORDER THAT INMATE ERLINDO RODRIGUEZ, JR. IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| MENDOZA, *et al.*, | |
| Defendants. | |

Plaintiff Erlindo Rodriguez, Jr. is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

A video settlement conference in this matter commenced on March 8, 2022. Inmate Erlindo Rodriguez, Jr., CDCR #BE-7749, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **March 8, 2022**

UNITED STATES MAGISTRATE JUDGE