# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERLINDO RODRIGUEZ, JR., | Case No. 1:21-cv-00410-JLT-BAM (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER |
| v. | (ECF No. 40) |
| MENDOZA, *et al.*, | Discovery Deadline: **February 7, 2023** |
| Defendants. | Dispositive Motion Deadline: **April 17, 2023** |

Plaintiff Erlindo Rodriguez, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendant Mendoza for failure to protect in violation of the Eighth Amendment and against Defendant Campbell[1] for excessive force in violation of the Eighth Amendment.

Pursuant to the Court's March 9, 2022 discovery and scheduling order, the deadline for completion of discovery is November 9, 2022, and the deadline for filing all dispositive motions (other than a motion for summary judgment for failure to exhaust) is January 16, 2023. (ECF No. 39.)

Currently before the Court is Defendants' request the extend discovery and dispositive motion deadlines, filed November 7, 2022. (ECF No. 40.) Defendants state that they timely

---

[1] Erroneously sued as "Cambell."

1

noticed the deposition of Plaintiff to take place on November 1, 2022, but on the day the deposition was to take place, Defendants were notified that Plaintiff had been placed on one-to-one suicide watch and would therefore be unable for deposition. Defendants were further informed that it was not known how long Plaintiff would remain on suicide watch. Therefore, Defendants will be unable to depose Plaintiff prior to the November 9, 2022 discovery deadline, and Defendants request a ninety-day extension of the discovery and dispositive motion deadlines. (*Id.*)

Plaintiff has not yet had an opportunity to file a response, but the Court finds a response is unnecessary. The motion, construed as a motion to modify the discovery and scheduling order, is deemed submitted. Local Rule 230(l).

Having considered the request, the Court finds good cause to grant the requested modification of the discovery and scheduling order. Fed. R. Civ. P. 16(b)(4).

Defendants are unable to meet the current deadline for taking Plaintiff's deposition due to Plaintiff's ongoing mental health crisis. In addition, counsel will need time to determine whether grounds exist for the filing of a dispositive motion. It appears Defendants were diligent in timely noticing Plaintiff's deposition before the discovery deadline, and the Court finds that Plaintiff will not be prejudiced by the extension granted here.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to modify the scheduling order, (ECF No. 40), is GRANTED, as follows:
    a. The deadline for completion of all discovery, including filing all motions to compel discovery, is extended from November 9, 2022 to **February 7, 2023**;
    b. The deadline for filing all dispositive motions (other than a motion for summary judgment for failure to exhaust) is extended from January 16, 2023 to **April 17, 2023**;
2. All other requirements set forth in the Court's March 9, 2022 discovery and scheduling order, (ECF No. 39), remain in place; and

///

2

3. **A request for an extension of a deadline set in this order must be filed on or before the expiration of the deadline in question and will only be granted on a showing of good cause**.

IT IS SO ORDERED.

Dated:   **November 8, 2022**             /s/ *Barbara A. McAuliffe*             
                                        UNITED STATES MAGISTRATE JUDGE

3