# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERLINDO RODRIGUEZ, JR., | Case No. 1:21-cv-00410-JLT-BAM (PC) |
| Plaintiff, | ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |
| v. | |
| MENDOZA, *et al.*, | (ECF No. 44) |
| Defendants. | **TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Erlindo Rodriguez, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendant Mendoza for failure to protect and excessive force in violation of the Eighth Amendment and against Defendant Campbell[1] for excessive force in violation of the Eighth Amendment.

On April 17, 2023, Defendants filed a motion for summary judgment on the grounds that: (1) there is no genuine dispute of fact on the merits of Plaintiff's failure to protect claim against Defendant Mendoza; (2) Defendant Mendoza is entitled to qualified immunity as to Plaintiff's failure to protect claim; (3) Plaintiff's excessive force claim against Defendant Mendoza is barred by the favorable termination rule in *Heck v. Humphrey*, 512 U.S. 477 (1994); (4) there is no

---

[1] Erroneously sued as "Cambell."

1

genuine dispute of material fact on the merits of Plaintiff's excessive force claim against Defendant Campbell; and (5) Defendant Campbell is entitled to qualified immunity as to Plaintiff's excessive force claim. (ECF No. 44.) In the motion, Plaintiff was provided with notice of the requirements for opposing a motion for summary judgment. *Woods v. Carey*, 684 F.3d 934 (9th Cir. 2012); *Rand v. Rowland*, 154 F.3d 952, 957 (9th Cir. 1988); *Klingele v. Eikenberry*, 849 F.2d 409, 411–12 (9th Cir. 1988). (ECF No. 44-5.) Pursuant to Local Rule 230(l) and Federal Rule of Civil Procedure 6(d), Plaintiff's opposition or statement of non-opposition was due on or before May 11, 2023. The deadline for Plaintiff to respond to Defendants' motion for summary judgment has expired, and he has not otherwise been in contact with the Court. Plaintiff will be permitted one final opportunity to show cause why this action should not be dismissed with prejudice.

Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause by WRITTEN RESPONSE within **twenty-one (21) days** of service of this order why this action should not be dismissed, with prejudice, for failure to prosecute. Plaintiff may comply with the Court's order by filing an opposition or statement of non-opposition to Defendants' April 17, 2023 motion for summary judgment. **Plaintiff is warned that if he fails to comply with the Court's order, this matter will be dismissed, with prejudice, for failure to prosecute.**

IT IS SO ORDERED.

Dated:   **May 25, 2023**                    /s/ *Barbara A. McAuliffe*
                                                                       UNITED STATES MAGISTRATE JUDGE