# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERLINDO RODRIGUEZ, JR., | Case No. 1:21-cv-00410-JLT-BAM (PC) |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |
| v. | |
| MENDOZA, *et al.*, | (ECF No. 47) |
| Defendants. | |

Plaintiff Erlindo Rodriguez, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendant Mendoza for failure to protect and excessive force in violation of the Eighth Amendment and against Defendant Campbell[1] for excessive force in violation of the Eighth Amendment.

On April 17, 2023, Defendants filed a motion for summary judgment. (ECF No. 44.) Following Plaintiff's failure to timely file an opposition, on May 25, 2023, the Court ordered Plaintiff to show cause by written response why this action should not be dismissed, with prejudice, for failure to prosecute. (ECF No. 47.) Plaintiff was informed that he may comply with the Court's order by filing an opposition or statement of non-opposition to Defendants'

---

[1] Erroneously sued as "Cambell."

1

motion for summary judgment. (*Id.* at 2.)

On May 30, 2023, Plaintiff filed an opposition, including a proof of service by mail dated May 18, 2023, to Defendants' motion for summary judgment. (ECF No. 48.) Although it appears Plaintiff's opposition was mailed before he received the Court's order to show cause, the Court accepts the opposition as filed in response to the order to show cause.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The May 25, 2023 order to show cause, (ECF No. 47), is DISCHARGED; and
2. Defendants' reply, if any, to Plaintiff's opposition to the motion for summary judgment is due within **fourteen (14) days** from the date of filing of the opposition.

IT IS SO ORDERED.

Dated: **June 1, 2023**           /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE