1

2

3

4

5

6

7

8 # UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 ERLINDO RODRIGUEZ, JR., | Case No.  1:21-cv-00410-JLT-BAM (PC) |
| 12           Plaintiff, | ORDER STRIKING PLAINTIFF'S DECLARATION AND OPPOSING |
| 13     v. | DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS IMPROPER SURREPLY |
| 14 MENDOZA, *et al.*, | (ECF No. 53) |
| 15           Defendants. | |

16

17       Plaintiff Erlindo Rodriguez, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* and *in*

18 *forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds

19 against Defendant Mendoza for failure to protect and excessive force in violation of the Eighth

20 Amendment and against Defendant Campbell[1] for excessive force in violation of the Eighth

21 Amendment.

22       On April 17, 2023, Defendants filed a motion for summary judgment.  (ECF No. 44.)  On

23 May 25, 2023, the Court ordered Plaintiff to show cause by written response why this action

24 should not be dismissed, with prejudice, for failure to prosecute.  (ECF No. 47.)  On May 30,

25 2023, Plaintiff filed an opposition, including a proof of service by mail dated May 18, 2023, to

26 Defendants' motion for summary judgment.  (ECF No. 48.)  Although it appeared Plaintiff's

27

28 _____
[1] Erroneously sued as "Cambell."

1

1   opposition was mailed before he received the Court's order to show cause, the Court accepted the

2   opposition as filed in response to the order to show cause and discharged the order to show cause

3   on June 1, 2023.  (ECF No. 49.)

4          On June 8, 2023, Plaintiff filed a motion for extension of time to file his opposition, (ECF

5   No. 50), apparently in response to the Court's order to show cause but before receipt of the

6   Court's June 1, 2023 order discharging the order to show cause.  The Court denied the motion as

7   unnecessary, in light of the receipt of Plaintiff's opposition.  (ECF No. 52.)  The Court further

8   informed Plaintiff that with the filing of Defendants' reply on June 12, 2023, (ECF No. 51), the

9   motion for summary judgment is now fully briefed, and Plaintiff does not need to take any other

10   action.

11          Currently before the Court is Plaintiff's "Declaration and Opposing Defendants Motion

12   for Summary Judgment," filed June 15, 2023, and dated June 8, 2023.  (ECF No. 53.)  The Court

13   construes this filing as either a surreply or a second opposition to Defendants' motion for

14   summary judgment.

15          Neither the Federal Rules of Civil Procedure nor the Local Rules contemplate the filing of

16   a surreply.  *See* Local Rule 230(l).  No further briefing on Defendants' motion for summary

17   judgment is permitted absent leave of Court.  The Court did not grant Plaintiff leave to file a

18   surreply or a second opposition and the Court does not desire any further briefing on the motion.

19          Accordingly, Plaintiff's surreply, (ECF No. 53), is HEREBY STRICKEN from the record.

20   Defendants' motion for summary judgment will be addressed in due course.

IT IS SO ORDERED.

21

22   Dated:   **June 16, 2023**               /s/ *Barbara A. McAuliffe*         _

23                                                UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28