# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERLINDO RODRIGUEZ, JR., | Case No. 1:21-cv-00410-JLT-BAM (PC) |
| Plaintiff, | ORDER GRANTING IN PART MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
| v. | |
| MENDOZA, *et al.*, | (ECF No. 57) |
| Defendants. | **FORTY-FIVE (45) DAY DEADLINE** |

Plaintiff Erlindo Rodriguez, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendant Mendoza for failure to protect and excessive force in violation of the Eighth Amendment and against Defendant Campbell[1] for excessive force in violation of the Eighth Amendment.

On August 30, 2024, the Court issued findings and recommendations that Defendants' motion for summary judgment, (ECF No. 44), be granted. (ECF No. 56.) Those findings and recommendations were served on Plaintiff and he was advised that any objections were to be filed within fourteen (14) days. (*Id.*) Plaintiff's objections are currently due on or before September 16, 2024. (*Id.*)

---

[1] Erroneously sued as "Cambell."

1

On September 9, 2024, Plaintiff filed a motion for a 60-day extension of time to file objections to the findings and recommendations. (ECF No. 57.) Plaintiff states that he is being transferred to New Folsom on September 10, 2024, and will be without his property for 20–30 days and will need time to do research. Plaintiff requests an extension of time to November 5, 2024 or before to file his objections. (*Id.*)

Defendants have not yet had an opportunity to file a response, but the Court finds a response unnecessary. The motion is deemed submitted. Local Rule 230(l).

Having considered the request, the Court finds good cause to grant, in part, Plaintiff's motion for an extension of time to file his objections to the findings and recommendations. The Court finds that an extension of forty-five days, rather than sixty, is appropriate under the circumstances.

**Plaintiff is further reminded that it is his responsibility to provide the Court with a notice of change of address any time he is transferred or his mailing address changes.**

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time to file objections to the pending findings and recommendations, (ECF No. 57), is GRANTED IN PART; and
2. Within **forty-five (45) days** from the date of service of this order, Plaintiff shall file his objections to the August 30, 2024 findings and recommendations.

IT IS SO ORDERED.

Dated:   **September 10, 2024**            /s/ *Barbara A. McAuliffe*
                                           UNITED STATES MAGISTRATE JUDGE

2